**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:                                                    Case No.: 21-15459-LMI

**SOS FURNITURE COMPANY,**                                Chapter 7

                    Debtor.
_____/

**DISCLAIMER AND RESERVATION OF RIGHTS REGARDING**
**SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS**

Drew M. Dillworth, pre-petition state court receiver for the Debtor, is contemporaneously

files this Disclaimer and Reservation of Rights as a supplement to and an integral part of the

Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the

"SOFA") filed in the above captioned case. The receiver prepared, with the assistance of his

advisors, the Schedules and the SOFA.  This Disclaimer pertains to, is incorporated in, and

comprises an integral part of each of the Schedules and SOFAs and should be reviewed in

connection with any review of the Schedules and SOFA.

As set forth in his reports and pleadings in the receivership case, relevant portions of

which will be included in the receiver's accounting and turnover in this case, the receiver was

unable to obtain a full, complete, and accurate production and disclosure of the debtor's books,

records, computers, and data.  Therefore, these Schedules and SOFA are, by necessity, based

upon information known to the receiver as of the date filed with the Court.

As a result, neither the receiver nor his professionals make any representations or

warranties as to the accuracy or completeness of any of the information or data set forth in the

Schedules or SOFA.  The receiver and his professionals shall not be liable for any loss or injury

arising out of or caused in whole or in part by any acts or omissions, in procuring, compiling,

collecting, interpreting, reporting, communicating or delivering the information contained herein or in the Schedules and SOFA.  Except as expressly required by the Bankruptcy Code, the receiver does not undertake any obligation to update, modify, revise or re-categorize the information provided herein in the Schedules and SOFA or to notify any third party should the information be updated, modified, revised or re-categorized. The receiver and his professionals disclaim any liability to any third party arising out of or related to the information contained in the Schedules and SOFA and reserve all rights with respect thereto.

The Schedules and SOFA have been signed by the receiver with the limited information currently available.  In reviewing and signing the Schedules and SOFA, the receiver relied upon the efforts of his professionals. The receiver and his professionals have not (and could not have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors and their addresses.

The receiver reserves all of the estate's rights to (i) amend or supplement the Schedules and SOFA from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and SOFA with respect to claim ("Claim") description, designation; (ii) dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and SOFA as to amount, liability, priority, status, or classification; (iii) subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or (iv) object to the extent, validity, enforceability, priority, or avoidability of any Claim.  Any failure to designate a Claim in the Schedules as "disputed," "contingent," or "unliquidated" does not constitute an admission by the receiver that such Claim or amount is not "disputed," "contingent," or "unliquidated."  Listing a Claim does not constitute an admission of liability.

2

Furthermore, nothing contained in the Schedules and SOFA shall constitute a waiver of the chapter 7 trustee's rights with respect to the Debtor's bankruptcy case, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, re-characterization, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non- bankruptcy laws to recover assets, avoid and recover transfers, or assert any other damages arising in tort.

3

**Fill in this information to identify the case:**

Debtor name  **SOS Furniture Company, Inc.**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA

Case number (if known)  **21-15459**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*............................................................................................ $     **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*......................................................................................... $     **1,918,431.73**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*........................................................................................... $     **1,918,431.73**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $     **0.00**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $     **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................ +$     **23,974,931.87**

4.  **Total liabilities** ........................................................................................................
    Lines 2 + 3a + 3b

$     **23,974,931.87**

**Fill in this information to identify the case:**

Debtor name     **SOS Furniture Company, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    **21-15459**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. | **City National Bank** | **Checking** | **7439** | **$173,178.43** |
| 3.2. | **City National Bank** | **Commercial Money Market** | **9599** | **$1,672,279.45** |
| 3.3. | **Stearns Weaver Miller Trust Account** | | | **$72,973.85** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | |
| --- | --- |
| | **$1,918,431.73** |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

| Debtor | **SOS Furniture Company, Inc.** | Case number *(If known)* **21-15459** |
|---|---|---|
| | Name | |

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **SOS Furniture Company, Inc.**        Case number *(If known)*   **21-15459**
Name

**Current value of debtor's interest**

| | |
|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) |
| 73. | **Interests in insurance policies or annuities** |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>**The receiver believes that the debtor's bankruptcy estate possesses substantial claims against third parties, including claims against the debtor's insiders and former professionals, pursuant to chapter 5 of the Bankruptcy Code and applicable state law.  These claims are generally referenced in the receiver's reports to the state court presiding over the receivership estate.** |

**Unknown**

Nature of claim
Amount requested         **$0.00**

| | |
|---|---|
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** |
| 76. | **Trusts, equitable or future interests in property** |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. |

**$0.00**

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    **SOS Furniture Company, Inc.**
Name

Case number *(If known)*  **21-15459**

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,918,431.73 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,918,431.73 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,918,431.73 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **SOS Furniture Company, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)   **21-15459**

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

    ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name     **SOS Furniture Company, Inc.**

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF FLORIDA

Case number (if known)     **21-15459**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:     List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

**Part 2:     List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>**14851 Toll Corporation**<br>**6231 Pga Blvd, Ste 104 # 432**<br>**Palm Beach Gardens, FL 33418**<br>Date(s) debt was incurred  8/28/2019<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Judgment**<br>Is the claim subject to offset? ■ No  ☐ Yes | $1,483,697.57 |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>**1700 Rinehart, LLC**<br>**1615 California Street  # 707**<br>**Denver, CO 80202**<br>Date(s) debt was incurred  1/26/2021<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Judgment**<br>Is the claim subject to offset? ■ No  ☐ Yes | $356,706.55 |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>**3400 Coral Way, LTD**<br>**3400 Coral Way,  300**<br>**Miami, FL 33145**<br>Date(s) debt was incurred  9/6/2018<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Judgment**<br>Is the claim subject to offset? ■ No  ☐ Yes | $574,810.38 |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>**A.D. Development LLC.**<br>**1525A The Greens Way**<br>**Orlando, FL 32837**<br>Date(s) debt was incurred  5/7/20<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Judgment**<br>Is the claim subject to offset? ■ No  ☐ Yes | $3,420.00 |

Debtor  **SOS Furniture Company, Inc.**
_____
Name

Case number (if known)  **21-15459**
_____

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$174,267.94** |
|---|---|---|---|

**American Federated Title Corp.**
**PO Box 3506**
**Orlando, FL 32837**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/5/2021**

Basis for the claim:  **Judgment**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Avenues Crossing, LLC**
**c/o Rogers Towers**
**1301 Riverplace Blvd, Suite 1500**
**Jacksonville, FL 32207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$48,457.07** |
|---|---|---|---|

**Benderson Properties, Inc.**
**7978 Cooper Creek  Blvd,   Unit 100**
**Bradenton, FL 34201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/11/2018**

Basis for the claim:  **Judgment Lien**
**Benderson Properties Inc. v. SOS Furniture, Inc.**
**Case No. 2018 CA 000343 NC**
**Court: Sarasota County Florida**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$45,822.20** |
|---|---|---|---|

**Best Investments of Oviedo, LLC and MBDS**
**420 Hillcrest Drive**
**Oviedo, FL 32765**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/10/2019**

Basis for the claim:  **Judgment**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$42,614.42** |
|---|---|---|---|

**Bright House Networks, LLC**
**485 N. Keller Road, Suite 250**
**Maitland, FL 32651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/30/2010**

Basis for the claim:  **Judgment**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$512,498.76** |
|---|---|---|---|

**BW Pier, Inc.**
**114 1/2 NW1st Avenue**
**Delray Beach, FL 33444**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/24/2020**

Basis for the claim:  **Judgment**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**CFT NV Developments, LLC**
**c/o Greenspoon Marder LLP**
**201 East Pine Street, Suite 500**
**Orlando, FL 32801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **SOS Furniture Company, Inc.** | | Case number (if known) | **21-15459** |
|---|---|---|---|---|

Name

---

**3.12** | Nonpriority creditor's name and mailing address
**CGTC, LLC.**
**500 South Florida Ave, Ste 700**
**Lakeland, FL 33801**

Date(s) debt was incurred  **11/5/2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Judgment**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,767.50**

---

**3.13** | Nonpriority creditor's name and mailing address
**CH Retail Fund II/Gardens on Millenia, L**
**3819 Ross Avenue**
**Dallas, TX 75219**

Date(s) debt was incurred  **4/24/20**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Judgment**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,872,761.34**

---

**3.14** | Nonpriority creditor's name and mailing address
**Clarus Plaza, LLC**
**5015 SE 7th Avenue**
**Ocala, FL 34480**

Date(s) debt was incurred  **9/18/2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Judgment**

Is the claim subject to offset? ■ No  ☐ Yes

**$371,152.56**

---

**3.15** | Nonpriority creditor's name and mailing address
**Classic Brands, LLC**
**c/o Stephen J. Kolski**
**Stephen J. Kolski Associates, P.A.**
**2020 Ponce De Leon Blvd., Suite 905A**
**Miami, FL 33134**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lawsuit 2020-025853-CA-01**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.16** | Nonpriority creditor's name and mailing address
**Clermont East Partners, LLC**
**5750 Major Blvd. Ste 240**
**Orlando, FL 32819**

Date(s) debt was incurred  **2/20/2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Judgment**

Is the claim subject to offset? ■ No  ☐ Yes

**$179,548.40**

---

**3.17** | Nonpriority creditor's name and mailing address
**Colonial Square Associates, LLC.**
**7878 Cooper Creek Blvd**
**Bradenton, FL 34201**

Date(s) debt was incurred  **8/27/2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Judgment**

Is the claim subject to offset? ■ No  ☐ Yes

**$237,955.65**

---

**3.18** | Nonpriority creditor's name and mailing address
**Comfort Revolution, LLC**
**442 Route 35 South**
**Building A, 1st Floor**
**Eatontown, NJ 07724**

Date(s) debt was incurred  **5/4/20**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Judgment**

Is the claim subject to offset? ■ No  ☐ Yes

**$898,988.00**

---

| Debtor | **SOS Furniture Company, Inc.** | | Case number (if known) | **21-15459** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,326.00 |
|---|---|---|---|
| | **Dacien John Mullen**<br>**112 Hearthstone Drive**<br>**Berlin, NJ 08009** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  6/2/2014 | Basis for the claim:  Judgment | |
| | Last 4 digits of account number | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,693.00 |
|---|---|---|---|
| | **DC Crossings, LLC**<br>**500 South Florida Ave Ste 700**<br>**Lakeland, FL 33801** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  8/26/2019 | Basis for the claim:  Judgment | |
| | Last 4 digits of account number | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $85,057.13 |
|---|---|---|---|
| | **Deno P. Dikeou**<br>**543 Wymore Road North, Ste 106**<br>**Maitland, FL 32751** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  6/3/20 | Basis for the claim:  Judgment | |
| | Last 4 digits of account number | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $73,960.20 |
|---|---|---|---|
| | **Deno P. Dikeou**<br>**543 Wymore Road North, Ste 106**<br>**Maitland, FL 32751** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  8/19/2020 | Basis for the claim:  Judgment | |
| | Last 4 digits of account number | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $147,930.12 |
|---|---|---|---|
| | **Deno P. Dikeou**<br>**543 Wymore Road North, Ste 106**<br>**Maitland, FL 32751** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  8/20/2020 | Basis for the claim:  Judgment | |
| | Last 4 digits of account number | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,405.20 |
|---|---|---|---|
| | **Doreen Schildt and Paul Sisilli**<br>**668 Banyan Rd**<br>**Vero Beach, FL 32963** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  3/26/20 | Basis for the claim:  Judgment | |
| | Last 4 digits of account number | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,405.20 |
|---|---|---|---|
| | **Doreen Schildt and Paul Sisilli**<br>**668 Banyan Rd**<br>**Vero Beach, FL 32963** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  3/26/20 | Basis for the claim:  Judgment | |
| | Last 4 digits of account number | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **SOS Furniture Company, Inc.** | Case number (if known) | **21-15459** |
|---|---|---|---|
| | Name | | |

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $231,081.77 |
|---|---|---|---|

**Equity One (Florida Portfolio) LLC**
**One Independent Dr, Ste 114**
**Jacksonville, FL 32202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/29/2019**

Basis for the claim:  **Judgment**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $231,367.48 |
|---|---|---|---|

**Equity One (Florida Portfolio) LLC**
**One Independent Dr, Ste 114**
**Jacksonville, FL 32202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/02/1018**

Basis for the claim:  **Judgment**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288,775.23 |
|---|---|---|---|

**F&L Fiduciary Servics, LLC as Substitute**
**3217 SW 35th Blvd.**
**Gainesville, FL 32608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/12/20**

Basis for the claim:  **Judgment**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $102,394.50 |
|---|---|---|---|

**Faye M. Garoian as Trustee of Kevork O.**
**Garoian & F**
**890 E Eau Gallie Blvd.**
**Satellite Beach, FL 32937**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/7/2021**

Basis for the claim:  **Judgment**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $148,464.87 |
|---|---|---|---|

**Flamingo Sunrise Parners, LTD**
**1200 Biscayne Blvd,  Ste 810**
**Miami, FL 33181**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/15/2018**

Basis for the claim:  **Judgment**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $297,796.95 |
|---|---|---|---|

**Flamingo Sunrise Parners, LTD**
**83 Weston Road, Ste 101**
**Fort Lauderdale, FL 33326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/12/2019**

Basis for the claim:  **Judgment**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Florida Department of Revenue**
**Child Support Program**
**5050 W. Tennessee Street Building L**
**Tallahassee, FL 32399-0125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Employer Deductions**
**Re: Jose Andell Figueroa**
**Child Support Case Number 1361658690**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **SOS Furniture Company, Inc.** | Case number (if known) | **21-15459** |
|---|---|---|---|
| | Name | | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Florida Department of Revenue**
**5050 W. Tennessee Street**
**Tallahassee, FL 32399-0125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim: _____

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $199,852.36 |
|---|---|---|---|

**Garden Plaza LP**
**4811 S 76th Street, Ste 211**
**Milwaukee, WI 53220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _5/26/20_

Last 4 digits of account number _____

Basis for the claim: __Judgment__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,729.58 |
|---|---|---|---|

**Gateway, Inc.**
**7565 Irvine Center Drive**
**Irvine, CA 92618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _11/25/2008_

Last 4 digits of account number _____

Basis for the claim: __Judgment__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,729.58 |
|---|---|---|---|

**Gateway, Inc.**
**7565 Irvine Center Drive**
**Irvine, CA 92618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _11/25/2008_

Last 4 digits of account number _____

Basis for the claim: __Judgment__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $195,199.25 |
|---|---|---|---|

**Gator Jacaranda, LTD**
**7850 NW 146 St, 4th Floor**
**Hialeah, FL 33016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _12/1/2020_

Last 4 digits of account number _____

Basis for the claim: __Judgment__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $133,892.98 |
|---|---|---|---|

**Greenbelt, LLC.**
**241 Bradley Place**
**Palm Beach, FL 33480**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _1/16/2020_

Last 4 digits of account number _____

Basis for the claim: __Judgment__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $649,311.86 |
|---|---|---|---|

**Grove Plaza Holdings, LP**
**c/o 1172 S. Dixie Highway   No. 175**
**Miami, FL 33146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _4/3/2019_

Last 4 digits of account number _____

Basis for the claim: __Judgment__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **SOS Furniture Company, Inc.**
_____
Name

Case number (if known)   **21-15459**
_____

| | |
|---|---|
| **3.40** | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**Hupp Retail Clark, LLC.**
**907 S. ft. Harrison Avenue, Suite 102**
**Clearwater, FL 33756**

Date(s) debt was incurred  __12/2/2014__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Judgment__

Is the claim subject to offset? ■ No  ☐ Yes

**$190,233.82**

---

**3.41**   **Nonpriority creditor's name and mailing address**
**Jamestown Doral Commons L.P.**
**675 Ponce De Leon Ave., NE 7th Floor**
**Atlanta, GA 30308**

Date(s) debt was incurred  __11/26/2019__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Judgment__

Is the claim subject to offset? ■ No  ☐ Yes

**$477,770.97**

---

**3.42**   **Nonpriority creditor's name and mailing address**
**Joeandy, L.C.**
**1010 East Adams Street**
**Ste 201**
**Jacksonville, FL 32202**

Date(s) debt was incurred  __9/9/2020__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Judgment__

Is the claim subject to offset? ■ No  ☐ Yes

**$995,033.19**

---

**3.43**   **Nonpriority creditor's name and mailing address**
**KRG Bradenton Centre Point, LLC.**
**30 South Meridian St, Ste 1100**
**Indianapolis, IN 46204**

Date(s) debt was incurred  __4/14/20__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Judgment__

Is the claim subject to offset? ■ No  ☐ Yes

**$57,525.00**

---

**3.44**   **Nonpriority creditor's name and mailing address**
**Legacy Bank**
**220 Main Street**
**Wiley, CO 81092**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Debt__

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.45**   **Nonpriority creditor's name and mailing address**
**London Investments, LLC**
**18610 NW 87th Avenue,  Ste 204**
**Hialeah, FL 33015**

Date(s) debt was incurred  __9/17/2019__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Judgment__

Is the claim subject to offset? ■ No  ☐ Yes

**$221,080.83**

---

**3.46**   **Nonpriority creditor's name and mailing address**
**Madhat Salem**
**10526 Emerald Chase Drive**
**Orlando, FL 32836**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

| Debtor | **SOS Furniture Company, Inc.** | Case number (if known) | **21-15459** |
|---|---|---|---|
| | Name | | |

---

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Maged Salem**
**8838 Southern Breeze Drive**
**Orlando, FL 32836**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Majdi Salem**
**c/o Regina M. Campbell, Esq.**
**The Campbell Law Group, P.A.**
**400 University Drive, Suite 100**
**Miami, FL 33134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Marwan Salem**
**10526 Emerald Chase Drive**
**Orlando, FL 32836**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mohanad Salem**
**8703 Brixford Street**
**Orlando, FL 32836**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Morad Salem**
**c/o Morgan & Morgan**
**20 N. Orange Ave, Suite 1600**
**Orlando, FL 32801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$143,546.29** |
|---|---|---|---|

**Palm Coast Landing Owner, LLC.**
**41 Theodore Fremd Avenue Ste 300**
**Rye, NY 10580**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Judgment_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Pamela A. Dingess**
**c/o Jeffrey A. Icardi**
**557 Wymore Road, North, STE. 101**
**Maitland, FL 32751**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **SOS Furniture Company, Inc.** | Case number (if known) | **21-15459** |
|---|---|---|---|
| | Name | | |

---

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$397,483.19** |
|---|---|---|---|

**Perro Dogo Properties, LLC.**
**801 Eldorado Avenue**
**Clearwater Beach, FL 33767**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/19/2019**

**Basis for the claim:**  **Judgment**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Publix Supermarket, Inc.**
**c/o Joshua K. Brown**
**Peterson & Myers, P.A.**
**PO BOX 24628**
**Lakeland, FL 33802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Lawsuit Case No. 2021-CA-02659-0**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$222,588.09** |
|---|---|---|---|

**R.T.G. Furniture Corp.**
**400 Perimeter Center Terrace, Suite 800**
**Atlanta, GA 30346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/26/2021**

**Basis for the claim:**  **Judgment**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,134,198.75** |
|---|---|---|---|

**Ramco Jacksonville, LLC.**
**31500 Northwest Highway, Suite 300**
**Farmington, MI 48334**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/19/2020**

**Basis for the claim:**  **Judgment**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$389,324.39** |
|---|---|---|---|

**RB Seminole, LLC.**
**810 Seventh Ave,  10th Floor**
**New York, NY 10019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/12/2019**

**Basis for the claim:**  **Judgment**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,606.29** |
|---|---|---|---|

**Regal Mattress Co., Inc.**
**1356 Bennett Drive**
**Longwood, FL 32750**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/20/2006**

**Basis for the claim:**  **Judgment**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$33,632.12** |
|---|---|---|---|

**Rex Investors, LLC.**
**33 SW Flagler Ave**
**Stuart, FL 34994**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/10/2018**

**Basis for the claim:**  **Judgment**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **SOS Furniture Company, Inc.** | Case number (if known) | **21-15459** |
|---|---|---|---|
| | Name | | |

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Rifat Salem**
**c/o Regina M. Campbell**
**The Campbell Law Group, P.A.**
**400 University Drive, Suite 100**
**Miami, FL 33134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$37,105.42** |
|---|---|---|---|

**River Club Plaza 4 Guys, LLC**
**7940 Via Dellagio Way, Ste 200**
**Orlando, FL 32819**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/13/2020**

**Basis for the claim:  Judgment**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,404.98** |
|---|---|---|---|

**Roadmaster Drivers School, Inc.**
**PO Box 19359**
**Fort Lauderdale, FL 33318**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/3/2003**

**Basis for the claim:  Judgment**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,746,934.70** |
|---|---|---|---|

**Sealy Mattress Manufacturing Company, LL**
**One Office Parkway**
**Trinity, NC 27370**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **5/4/20**

**Basis for the claim:  Judgment**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$959,068.43** |
|---|---|---|---|

**Serta Simmons Bedding LLC**
**c/o Williams & Williams, Inc.**
**P.O. Box 34307**
**Louisville, KY 40232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$51,644.41** |
|---|---|---|---|

**Silver Shield, LLC.**
**547 47th Avenue**
**San Francisco, CA 94121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **4/17/20**

**Basis for the claim:  Judgment**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$77,581.94** |
|---|---|---|---|

**Souma Properties Of Miami, LLC**
**225 W 37th St.,  3rd Floor**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **1/19/2021**

**Basis for the claim:  Judgment**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **SOS Furniture Company, Inc.** | Case number (if known) | **21-15459** |
|---|---|---|---|

Name

---

**3.68** | Nonpriority creditor's name and mailing address
**State of Florida, Department of Revenue**
2301 Maitland Center Pkwy, Ste 160
Maitland, FL 32751-4192

Date(s) debt was incurred **3/12/2014**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Judgment Lien**

Is the claim subject to offset? ■ No ☐ Yes

**$1,919.59**

---

**3.69** | Nonpriority creditor's name and mailing address
**State of Florida, Department of Revenue**
2301 Maitland Center Pkwy, Ste 160
Maitland, FL 32751-4192

Date(s) debt was incurred **3/12/2014**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Judgment Lien**

Is the claim subject to offset? ■ No ☐ Yes

**$2,634.37**

---

**3.70** | Nonpriority creditor's name and mailing address
**State of Florida, Department of Revenue**
2301 Maitland Center Pkwy, Ste 160
Maitland, FL 32751-4192

Date(s) debt was incurred **3/12/2014**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Judgment Lien**

Is the claim subject to offset? ■ No ☐ Yes

**$4,107.87**

---

**3.71** | Nonpriority creditor's name and mailing address
**State of Florida, Department of Revenue**
2301 Maitland Center Pkwy, Ste 160
Maitland, FL 32751-4192

Date(s) debt was incurred **3/12/14**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Judgment Lien**

Is the claim subject to offset? ■ No ☐ Yes

**$2,570.60**

---

**3.72** | Nonpriority creditor's name and mailing address
**State of Florida, Department of Revenue**
2301 Maitland Center Pkwy, Ste 160
Maitland, FL 32751-4192

Date(s) debt was incurred **3/12/2014**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Judgment Lien**

Is the claim subject to offset? ■ No ☐ Yes

**$1,430.56**

---

**3.73** | Nonpriority creditor's name and mailing address
**State of Florida, Department of Revenue**
2301 Maitland Center Pkwy, Ste 160
Maitland, FL 32751-4192

Date(s) debt was incurred **3/12/2014**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Judgment Lien**

Is the claim subject to offset? ■ No ☐ Yes

**$2,466.93**

---

**3.74** | Nonpriority creditor's name and mailing address
**State of Florida, Department of Revenue**
2301 Maitland Center Pkwy, Ste 160
Maitland, FL 32751-4192

Date(s) debt was incurred **3/12/2014**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Judgment Lien**

Is the claim subject to offset? ■ No ☐ Yes

**$1,010.62**

---

| Debtor | **SOS Furniture Company, Inc.** | | Case number (if known) | **21-15459** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,601.06 |
|---|---|---|---|

**State of Florida, Department of Revenue**
2301 Maitland Center Pkwy, Ste 160
Maitland, FL 32751-4192

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/13/2014

**Basis for the claim:  Judgment Lien**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,634.06 |
|---|---|---|---|

**State of Florida, Department of Revenue**
400 W. Robinson St, Ste N302
Orlando, FL 32801-1759

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/14/2017

**Basis for the claim:  Judgment Lien**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,113.41 |
|---|---|---|---|

**State of Florida, Department of Revenue**
400 W. Robinson St, Ste N302
Orlando, FL 32801-1759

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/14/2017

**Basis for the claim:  Judgment Lien**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,608.73 |
|---|---|---|---|

**State of Florida, Department of Revenue**
400 W. Robinson St, Ste N302
Orlando, FL 32801-1759

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/7/2019

**Basis for the claim:  Judgment Lien**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,759.55 |
|---|---|---|---|

**State of Florida, Department of Revenue**
921 N. Davis St, Ste 250A
Jacksonville, FL 32209-6825

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/22/2005

**Basis for the claim:  Judgment Lien**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,510.57 |
|---|---|---|---|

**State of Florida, Department of Revenue**
400 W. Robinson St, Ste N302
Orlando, FL 32801-1759

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

**Basis for the claim:  Judgment Lien**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,166,128.81 |
|---|---|---|---|

**State of Florida, Department of Revenue**
1415 W. US Highway 90  Ste 115
Lake City, FL 32055-6156

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/25/2017

**Basis for the claim:  Judgment Lien**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| Debtor | **SOS Furniture Company, Inc.** | Case number (if known) | **21-15459** |
|---|---|---|---|
| | Name | | |

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $70,768.47 |
|---|---|---|---|

**State of Florida, Department of Revenue**
**8175 NW 12th St.  Ste 119**
**Miami, FL 33126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/5/2019**

**Basis for the claim:  Judgment Lien**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $799.22 |
|---|---|---|---|

**State of Florida, Department of Revenue**
**2301 Maitland Center Pkwy, Ste 160**
**Maitland, FL 32751-4192**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/10/2017**

**Basis for the claim:  Judgment Lien**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $132.84 |
|---|---|---|---|

**State of Florida, Department of Revenue**
**2301 Maitland Center Pkwy, Ste 160**
**Maitland, FL 32751-4192**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/12/2017**

**Basis for the claim:  Judgment Lien**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,525.62 |
|---|---|---|---|

**State of Florida, Department of Revenue**
**400 W. Robinson St, Ste N302**
**Orlando, FL 32800**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/9/2017**

**Basis for the claim:  Judgment Lien**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,975.06 |
|---|---|---|---|

**State of Florida, Department of Revenue**
**400 W. Robinson St, Ste N302**
**Orlando, FL 32800**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/9/2017**

**Basis for the claim:  Judgment Lien**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,436.34 |
|---|---|---|---|

**State of Florida, Department of Revenue**
**400 W. Robinson St, Ste N302**
**Orlando, FL 32800**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/9/2017**

**Basis for the claim:  Judgment Lien**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $133.53 |
|---|---|---|---|

**State of Florida, Department of Revenue**
**400 W. Robinson St, Ste N302**
**Orlando, FL 32800**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/9/2017**

**Basis for the claim:  Judgment Lien**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **SOS Furniture Company, Inc.** | | Case number *(if known)* | **21-15459** |
|---|---|---|---|---|

Name

---

**3.89** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,593.53**

**State of Florida, Department of Revenue**
**400 W. Robinson St, Ste N302**
**Orlando, FL 32800**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/10/2017**

Basis for the claim:  **Judgment Lien**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.90** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$248,665.91**

**State of Florida, Department of Revenue**
**400 W. Robinson St, Ste N302**
**Orlando, FL 32800**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/14/2017**

Basis for the claim:  **Judgment Lien**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.91** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$278,828.98**

**State of Florida, Department of Revenue**
**400 W. Robinson St, Ste N302**
**Orlando, FL 32800**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/14/2017**

Basis for the claim:  **Judgment Lien**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.92** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Stearns Weaver Miller, et al.**
**150 West Flagler Street, Suite 2200**
**Miami, FL 33130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Basis for the claim:  __

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.93** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$63,312.32**

**Stuart Realty Investments, Inc.**
**9460 Wrangler Drive**
**Lake Worth, FL 33467**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/20/2020**

Basis for the claim:  **Judgment**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.94** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$300,000.00**

**Sun-Sentinel Company, LLC**
**PO Box 3506**
**Orlando, FL 32837**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/24/2020**

Basis for the claim:  **Judgment**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.95** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$935,972.73**

**Sunshine Value Investments, LLC.**
**1000 Legion Place, # 1200**
**Orlando, FL 32801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/22/20**

Basis for the claim:  **Judgment**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **SOS Furniture Company, Inc.** | Case number (if known) | **21-15459** |
|---|---|---|---|
| | Name | | |

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$400,176.40** |
|---|---|---|---|

**Tempur-Pedic North America, LLC**
**1000 Tempur Way**
**Lexington, KY 40511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Judgment**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$107,506.87** |
|---|---|---|---|

**The Villages Shopping Center, LLC.**
**203 Meserole Avenue**
**Brooklyn, NY 11222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/30/2020**

Basis for the claim:  **Judgment**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$227,841.75** |
|---|---|---|---|

**Trio Investment Group, LLC**
**730 N. Higway 17-92**
**Longwood, FL 32750**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/14/2020**

Basis for the claim:  **Judgment**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$200,000.00** |
|---|---|---|---|

**Turtle Industrial Development Corp.**
**9738 Blue Isle Bay**
**Pahokee, FL 33476**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/1/2019**

Basis for the claim:  **Judgment**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,001,080.58** |
|---|---|---|---|

**Tuscola Commons, LLC**
**9250 Corkscrew Road, Ste 13**
**Estero, FL 33928**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/9/20**

Basis for the claim:  **Judgment**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,001,080.58** |
|---|---|---|---|

**Tuscola Commons, LLC**
**9250 Corkscrew Road, Ste 13**
**Estero, FL 33928**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/9/2020**

Basis for the claim:  **Judgment**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**United Corporation**
**c/o Joseph A. DiRuzzo, III, Esq., CPA**
**401 East Las Olas Blvd., Suite 1400,**
**Fort Lauderdale, FL 33301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **SOS Furniture Company, Inc.** | Case number (if known) | **21-15459** |
|---|---|---|---|
| | Name | | |

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**United Corporation**
**c/o Law Offices of Joshua Spector, PA**
**One Flagler Building**
**14 NE 1st Avenue, Suite 1100**
**Miami, FL 33132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Waco Phase I Retail, LP**
**c/o Dunlap & Shipman, P.A.**
**2065 Thomasville Road, Suite 102**
**Tallahassee, FL 32308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Madhat Salem**<br>**c/o Regina M. Campbell**<br>**The Campbell Law Group, P.A.**<br>**400 University Drive, Suite 100**<br>**Coral Gables, FL 33134** | Line **3.46**<br><br>☐ Not listed. Explain ____ | __ |
| 4.2 | **Legacy Bank**<br>**101 West Main**<br>**Hinton, OK 73047** | Line **3.44**<br><br>☐ Not listed. Explain ____ | __ |
| 4.3 | **Marwan Salem**<br>**c/o Regina M. Campbell**<br>**The Campbell Law Group, P.A.**<br>**400 University Drive, Suite 100**<br>**Miami, FL 33134** | Line **3.49**<br><br>☐ Not listed. Explain ____ | __ |
| 4.4 | **Pamela A. Dingess**<br>**c/o Jeffrey A. Icardi**<br>**549 N Wymore Rd Ste 109**<br>**Maitland, FL 32751** | Line **3.53**<br><br>☐ Not listed. Explain ____ | __ |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | **0.00** |
| 5b. Total claims from Part 2 | 5b. + | $ | **23,974,931.87** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **23,974,931.87** |

**Fill in this information to identify the case:**

Debtor name    **SOS Furniture Company, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    **21-15459**

☐ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal        Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name    **SOS Furniture Company, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    **21-15459**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| | Name | Mailing Address | Name | *Check all schedules that apply:* |
|---|---|---|---|---|
| 2.1 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City    State    Zip Code | | |
| 2.2 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City    State    Zip Code | | |
| 2.3 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City    State    Zip Code | | |
| 2.4 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City    State    Zip Code | | |

**Fill in this information to identify the case:**

Debtor name **SOS Furniture Company, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) **21-15459**

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/19**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:** Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2021** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **Unknown** |
| **For prior year:**<br>From **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other _____ | **Unknown** |
| **For year before that:**<br>From **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | **Unknown** |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:** List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| | | | |

Debtor    SOS Furniture Company, Inc.                                    Case number *(if known)*  21-15459

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. Unknown.  Lack of books and records. | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Insiders of the Debtor** | **within 1 year** | $0.00 | **The receiver is aware of substantial payments during the applicable look back period to affiliates and insiders of the debtor.  The receiver has insufficient information as of the petition date to provide the precise dates, amounts, and reason for such payments.** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **See attached list of lawsuits** marked as "Exhibit "A" | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**

Debtor    **SOS Furniture Company, Inc.**                              Case number *(if known)*   **21-15459**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

Debtor  **SOS Furniture Company, Inc.**                                Case number *(if known)*  **21-15459**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | | **Precise dates and amounts of payment are unknown. The amount listed here is an approximati on based upon payment made in connection with closing under a settlement agreement. Receiver believes the actual amount is larger than listed here.** | |
| | **Debtor's former counsel** | | | **$125,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | | **Receiver believes that there were substantial payments to insiders, affiliates, or for their benefit, outside of the ordinary course of business.  Date and amount of same are not known.** | | |
| | **Unkown** | | | **Unknown** |
| | Relationship to debtor | | | |

Debtor    **SOS Furniture Company, Inc.**                                      Case number *(if known)*  **21-15459**

---

| Part 7: | Previous Locations |
|---------|--------------------|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---------|----------------------------|

---

| Part 8: | Health Care Bankruptcies |
|---------|--------------------------|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---------------------------|----------------------------------------------------------------------------------|---------------------------------------------------------------------------|

---

| Part 9: | Personally Identifiable Information |
|---------|------------------------------------|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|----------|-------------------------------------------------------------------|

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|----------------------------------------|---------------------------------|-------------------------------|------------------------------------------------------|------------------------------------------|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|-----------------------------------------|--------------------------------------------|-----------------------------|-----------------------|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor    **SOS Furniture Company, Inc.**                     Case number *(if known)*  **21-15459**

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

### Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

### Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

### Part 13: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

Debtor    **SOS Furniture Company, Inc.**                                      Case number *(if known)*  **21-15459**

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | Date of service<br>From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

Debtor    **SOS Furniture Company, Inc.**                                          Case number *(if known)*  **21-15459**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 15, 2021**

**/s/ Drew M. Dillworth**                              **Drew M. Dillworth**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Receiver**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

**Fill in this information to identify the case:**

Debtor name    **SOS Furniture Company, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    **21-15459**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 15, 2021**          X **/s/ Drew M. Dillworth**
                                             Signature of individual signing on behalf of debtor

                                          **Drew M. Dillworth**
                                          Printed name

                                          **Receiver**
                                          Position or relationship to debtor

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of Florida

In re    **SOS Furniture Company, Inc.**                              Case No.    **21-15459**
_____
                                    Debtor(s)        Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
     compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
     be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     For legal services, I have agreed to accept _____    $ _____    **0.00**

     Prior to the filing of this statement I have received _____    $ _____    **0.00**

     Balance Due _____    $ _____    **0.00**

2.   $ __**0.00**__ of the filing fee has been paid.

3.   The source of the compensation paid to me was:

     ■ Debtor        □ Other (specify):

4.   The source of compensation to be paid to me is:

     ■ Debtor        □ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     □ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
        copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
     b.  [Other provisions as needed]

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

      I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**June 15, 2021**                                  **/s/ ERIC J. SILVER**
_____              _____
_Date_                                            **ERIC J. SILVER 057262**
                                                  _Signature of Attorney_
                                                  **Stearns Weaver Miller Weissler Alhadeff & Sitterson,**
                                                  **P.A.**
                                                  **Museum Tower, Suite 2200**
                                                  **150 West Flagler Street**
                                                  **Miami, FL 33130**
                                                  **305.789.3200**
                                                  **esilver@stearnsweaver.com**
                                                  _Name of law firm_

---

## United States Bankruptcy Court
### Southern District of Florida

In re    **SOS Furniture Company, Inc.** _____    Case No.   **21-15459** _____
                                Debtor(s)                         Chapter   **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Receiver of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **June 15, 2021** _____        **/s/ Drew M. Dillworth** _____
                                                          **Drew M. Dillworth**/Receiver
                                                          Signer/Title

Madhat Salem
c/o Regina M. Campbell
The Campbell Law Group, P.A.
400 University Drive, Suite 100
Coral Gables, FL 33134


14851 Toll Corporation
6231 Pga Blvd, Ste 104 # 432
Palm Beach Gardens, FL 33418


1700 Rinehart, LLC
1615 California Street # 707
Denver, CO 80202


3400 Coral Way, LTD
3400 Coral Way, 300
Miami, FL 33145


A.D. Development LLC.
1525A The Greens Way
Orlando, FL 32837


American Federated Title Corp.
PO Box 3506
Orlando, FL 32837


Avenues Crossing, LLC
c/o Rogers Towers
1301 Riverplace Blvd, Suite 1500
Jacksonville, FL 32207


Benderson Properties, Inc.
7978 Cooper Creek Blvd, Unit 100
Bradenton, FL 34201


Best Investments of Oviedo, LLC and MBDS
420 Hillcrest Drive
Oviedo, FL 32765


Bright House Networks, LLC
485 N. Keller Road, Suite 250
Maitland, FL 32651


BW Pier, Inc.
114 1/2 NW1st Avenue
Delray Beach, FL 33444


CFT NV Developments, LLC
c/o Greenspoon Marder LLP
201 East Pine Street, Suite 500
Orlando, FL 32801

CGTC, LLC.
500 South Florida Ave, Ste 700
Lakeland, FL 33801


CH Retail Fund II/Gardens on Millenia, L
3819 Ross Avenue
Dallas, TX 75219


Clarus Plaza, LLC
5015 SE 7th Avenue
Ocala, FL 34480


Classic Brands, LLC
c/o Stephen J. Kolski
Stephen J. Kolski Associates, P.A.
2020 Ponce De Leon Blvd., Suite 905A
Miami, FL 33134


Clermont East Partners, LLC
5750 Major Blvd. Ste 240
Orlando, FL 32819


Colonial Square Associates, LLC.
7878 Cooper Creek Blvd
Bradenton, FL 34201


Comfort Revolution, LLC
442 Route 35 South
Building A, 1st Floor
Eatontown, NJ 07724


Dacien John Mullen
112 Hearthstone Drive
Berlin, NJ 08009


DC Crossings, LLC
500 South Florida Ave Ste 700
Lakeland, FL 33801


Deno P. Dikeou
543 Wymore Road North, Ste 106
Maitland, FL 32751


Doreen Schildt and Paul Sisilli
668 Banyan Rd
Vero Beach, FL 32963


Equity One (Florida Portfolio) LLC
One Independent Dr, Ste 114
Jacksonville, FL 32202

F&L Fiduciary Servics, LLC as Substitute
3217 SW 35th Blvd.
Gainesville, FL 32608

Faye M. Garoian as Trustee of Kevork O.
Garoian & F
890 E Eau Gallie Blvd.
Satellite Beach, FL 32937

Flamingo Sunrise Parners, LTD
1200 Biscayne Blvd,  Ste 810
Miami, FL 33181

Flamingo Sunrise Parners, LTD
83 Weston Road, Ste 101
Fort Lauderdale, FL 33326

Florida Department of Revenue
Child Support Program
5050 W. Tennessee Street Building L
Tallahassee, FL 32399-0125

Florida Department of Revenue
5050 W. Tennessee Street
Tallahassee, FL 32399-0125

Garden Plaza LP
4811 S 76th Street, Ste 211
Milwaukee, WI 53220

Gateway, Inc.
7565 Irvine Center Drive
Irvine, CA 92618

Gator Jacaranda, LTD
7850 NW 146 St, 4th Floor
Hialeah, FL 33016

Greenbelt, LLC.
241 Bradley Place
Palm Beach, FL 33480

Grove Plaza Holdings, LP
c/o 1172 S. Dixie Highway    No. 175
Miami, FL 33146

Hupp Retail Clark, LLC.
907 S. ft. Harrison Avenue, Suite 102
Clearwater, FL 33756

Jamestown  Doral  Commons  Cars
675  Ponce  De  Leon  Ave.,  NE  7th  Floor
Atlanta, GA 30308


Joeandy,  L.C.
1010  East  Adams  Street
Ste  201
Jacksonville, FL 32202


KRG  Bradenton  Centre  Point,  LLC.
30  South  Meridian  St,  Ste  1100
Indianapolis, IN 46204


Legacy  Bank
220  Main  Street
Wiley, CO 81092


Legacy  Bank
101  West  Main
Hinton, OK 73047


London  Investments,  LLC
18610  NW  87th  Avenue,   Ste  204
Hialeah, FL 33015


Madhat  Salem
10526  Emerald  Chase  Drive
Orlando, FL 32836


Maged  Salem
8838  Southern  Breeze  Drive
Orlando, FL 32836


Majdi  Salem
c/o  Regina  M.  Campbell,  Esq.
The  Campbell  Law  Group,  P.A.
400  University  Drive,  Suite  100
Miami, FL 33134


Majdi  Salem
8826  Phillips  Bay  Drive
Orlando, FL 32836


Marwan  Salem
10526  Emerald  Chase  Drive
Orlando, FL 32836


Marwan  Salem
c/o  Regina  M.  Campbell
The  Campbell  Law  Group,  P.A.
400  University  Drive,  Suite  100
Miami, FL 33134

Mohanad  Salem
8703  Brixford  Street
Orlando, FL 32836


Morad  Salem
c/o  Morgan  &  Morgan
20  N.  Orange  Ave,  Suite  1600
Orlando, FL 32801


Palm  Coast  Landing  Owner,  LLC.
41  Theodore  Fremd  Avenue  Ste  300
Rye, NY 10580


Pamela  A.  Dingess
c/o  Jeffrey  A.  Icardi
557  Wymore  Road,  North,  STE.  101
Maitland, FL 32751


Pamela  A.  Dingess
c/o  Jeffrey  A.  Icardi
549  N  Wymore  Rd  Ste  109
Maitland, FL 32751


Perro  Dogo  Properties,  LLC.
801  Eldorado  Avenue
Clearwater Beach, FL 33767


Publix  Supermarket,  Inc.
c/o  Joshua  K.  Brown
Peterson  &  Myers,  P.A.
PO  BOX  24628
Lakeland, FL 33802


R.T.G.  Furniture  Corp.
400  Perimeter  Center  Terrace,  Suite  800
Atlanta, GA 30346


Ramco  Jacksonville,  LLC.
31500  Northwest  Highway,  Suite  300
Farmington, MI 48334


RB  Seminole,  LLC.
810  Seventh  Ave,  10th  Floor
New York, NY 10019


Regal  Mattress  Co.,  Inc.
1356  Bennett  Drive
Longwood, FL 32750


Rex  Investors,  LLC.
33  SW  Flagler  Ave
Stuart, FL 34994

Rifat Salem
c/o Regina M. Campbell
The Campbell Law Group, P.A.
400 University Drive, Suite 100
Miami, FL 33134


River Club Plaza 4 Guys, LLC
7940 Via Dellagio Way, Ste 200
Orlando, FL 32819


Roadmaster Drivers School, Inc.
PO Box 19359
Fort Lauderdale, FL 33318


Sealy Mattress Manufacturing Company, LL
One Office Parkway
Trinity, NC 27370


Serta Simmons Bedding LLC
c/o Williams & Williams, Inc.
P.O. Box 34307
Louisville, KY 40232


Silver Shield, LLC.
547 47th Avenue
San Francisco, CA 94121


Souma Properties Of Miami, LLC
225 W 37th St.,   3rd Floor
New York, NY 10018


State of Florida, Department of Revenue
2301 Maitland Center Pkwy, Ste 160
Maitland, FL 32751-4192


State of Florida, Department of Revenue
400 W. Robinson St, Ste N302
Orlando, FL 32801-1759


State of Florida, Department of Revenue
921 N. Davis St, Ste 250A
Jacksonville, FL 32209-6825


State of Florida, Department of Revenue
1415 W. US Highway 90   Ste 115
Lake City, FL 32055-6156


State of Florida, Department of Revenue
8175 NW 12th St.   Ste 119
Miami, FL 33126

State of Florida, Department of Revenue
400 W. Robinson St, Ste N302
Orlando, FL 32800


Stearns Weaver Miller, et al.
150 West Flagler Street, Suite 2200
Miami, FL 33130


Stuart Realty Investments, Inc.
9460 Wrangler Drive
Lake Worth, FL 33467


Sun-Sentinel Company, LLC
PO Box 3506
Orlando, FL 32837


Sunshine Value Investments, LLC.
1000 Legion Place, # 1200
Orlando, FL 32801


Tempur-Pedic North America, LLC
1000 Tempur Way
Lexington, KY 40511


The Villages Shopping Center, LLC.
203 Meserole Avenue
Brooklyn, NY 11222


Trio Investment Group, LLC
730 N. Higway 17-92
Longwood, FL 32750


Turtle Industrial Development Corp.
9738 Blue Isle Bay
Pahokee, FL 33476


Tuscola Commons, LLC
9250 Corkscrew Road, Ste 13
Estero, FL 33928


United Corporation
c/o Joseph A. DiRuzzo, III, Esq., CPA
401 East Las Olas Blvd., Suite 1400,
Fort Lauderdale, FL 33301


United Corporation
c/o Law Offices of Joshua Spector, PA
One Flagler Building
14 NE 1st Avenue, Suite 1100
Miami, FL 33132

Waco Phase I Retail, LP
c/o Dunlap & Shipman, P.A.
2065 Thomasville Road, Suite 102
Tallahassee, FL 32308

# UNITED STATES BANKRUPTCY COURT

Southern District of Florida

www.flsb.uscourts.gov

In Re:                                                    Case Number **21-15459**
**SOS Furniture Company, Inc.**                           Chapter **7**

_____ Debtor(s) /

## DECLARATION UNDER PENALTY OF PERJURY TO ACCOMPANY PETITIONS, SCHEDULES, FILING FEE APPLICATIONS AND STATEMENTS FILED ELECTRONICALLY

*Note: This declaration must be filed with each electronically filed initial petition or amended petition and must contain the imaged signature of the debtor. This declaration must also be filed with an initial schedule, Application to Pay Filing Fee in Installments, Application for Waiver of the Chapter 7 Filing Fee, SFA, Statement of Social Security Number, or Statement of Current Monthly Income (OBF 22) not filed with the initial petition or any amended schedules, SFA, Statement of Social Security Number, and/or Statement of Current Monthly Income (OBF 22) unless these documents contain an imaged signature of the debtor(s).*

**Check all documents that apply to this declaration**

☐ Application by Individual Debtor to Pay Filing Fee in Installments    ☐ Application for Waiver of the Chapter 7 Filing Fee for Individuals Who Cannot Pay the Filing Fee in Full or in Installments

☑ Voluntary petition signed by me on    **June 2, 2021**    ☐ Amended voluntary petition signed by me on _____

☑ Schedules signed by me on    **June 15, 2021**    ☐ Amended schedules signed by me on _____

☑ Statement of Financial Affairs signed by me on    **June 15, 2021**    ☐ Amended Statement of Financial Affairs signed by me on _____

Statement of Social Security Number(s) signed by me on _____    ☐ Amended Statement of Social Security Number(s) signed by me on _____

Statement of *Current Monthly Income (OBF 22)* signed by me on _____    ☐ Amended Statement of *Current Monthly Income (OBF 22)* signed by me on _____

I, ___**Drew M. Dillworth**___, the undersigned debtor(s) **hereby declare under penalty of perjury as follows:**

1. I have reviewed and signed the original(s) of the document(s) identified above and the information contained in the Verified Document(s) is true and correct to the best of my knowledge and belief.

2. I understand that Verified Document(s) filed in electronic form shall be treated for all purposes (both civil and criminal, including penalties of perjury) in the same manner as though signed or subscribed.

3. I understand that the Verified Document(s) will be filed by my attorney in electronic form in connection with the above captioned case and that I have received and reviewed copies of the Verified Document(s) I have signed.

4. I understand that my attorney is required by the court to retain the original signed Verified Document(s) for five years from date of discharge, dismissal or the conclusion of any pending appeals in this case and provide these documents to the court upon request at any time.

**Drew M. Dillworth**
_____
**Signature of Debtor**
**(If non individual, authorized corporate representative)**

**Signature of Joint Debtor (if applicable)**

**Drew M. Dillworth**
_____
**Print or Type Name (and title if applicable)**

**Print Name**

**ERIC J. SILVER 057262**
_____
**Print or Type Name of Attorney for Debtor**

**305.789.3200**

**Phone:**

# EXHIBIT "A"

## Exhibit "A"   Statement of Financial Affairs Attachment Regarding Lawsuits

| | MATTER NAME | PROPERTY ADDRESS | OCCUPIED OR VACANT |
|---|---|---|---|
| **FLORIDA** | **SOS FURNITURE, INC.** | | |
| | | | |
| | **CIVIL CASES** | **NON LANDLORD/TENANT CASES** | |
| SOS | Bertha Denson CA20-0843 St. Johns County | NOT LANDLORD/TENANT MATTER | N/A |
| SOS | Christopher Smith 2020-CC-006652 Duval County | NOT LANDLORD/TENANT MATTER | N/A |
| SOS | Greens Energy Services 2020-CC-5726-O | NOT LANDLORD/TENANT MATTER | N/A |
| SOS | Gundersen, Donna 2020 SC 000758 SP | NOT LANDLORD/TENANT MATTER | N/A |
| SOS | JP Morgan Chase 6:19cv1248-Orl-31GJK | NOT LANDLORD/TENANT MATTER | N/A |
| SOS | Morad II Appeal 5D18-3564 | NOT LANDLORD/TENANT MATTER | N/A |
| SOS | Morad I 18-cv-00898-Orl-78LRH | NOT LANDLORD/TENANT MATTER | N/A |
| SOS | Morad II Appeal 18-cv-006279-O | NOT LANDLORD/TENANT MATTER | N/A |
| SOS | Paychex, Inc. 2020-CA-009656-O | NOT LANDLORD/TENANT MATTER | N/A |
| MOI | Penske Truck Leasing 2021-000560-CA-01 | NOT LANDLORD/TENANT MATTER | N/A |
| SOS | Robert K. Mathis SP20-0610 | NOT LANDLORD/TENANT MATTER | N/A |
| SOS | Schildt & Sisilli 2019-CC-1242 | NOT LANDLORD/TENANT MATTER | N/A |
| SOS | Solstice Sleep Products, Inc. 2021-CA-000224-O | NOT LANDLORD/TENANT MATTER | N/A |
| SOS | Sun Sentinel 2019-CA-2234-O | NOT LANDLORD/TENANT MATTER | N/A |
| SOS | TCF Equipment 2019-CC-010754-O | NOT LANDLORD/TENANT MATTER | N/A |
| SOS | United, Corp. 2019-CA-004626-O | NOT LANDLORD/TENANT MATTER | N/A |
| SOS | Yousseff Hussein dba MYH Group 2020-CA-2605 | NOT LANDLORD/TENANT MATTER | N/A |
| | | | |
| | | | |
| | **OCCUPIED PROPERTIES** | | |
| SOS | Clermont Covenant Group 2020-CC-4066 | 900 Hooks Street, Clermont, FL 34714. | OCCUPIED |
| SOS | Colfin 2017-2 Industrial Owner 2021-CA-001268-O | 2507 Investors Row, Suite 100, Orlando, FL 32837 | OCCUPIED |
| SOS | Faye Garoian 2020-CA-03114 Brevard County | 890 E Eau Gallie Blvd., Melbourne, FL 32937 | OCCUPIED |
| SOS | Garden Plaza LP 19-CA-003371 | 5334 Bruce B. Downs Blvd., Wesley Chapel, FL 33544 | OCCUPIED |
| SOS | Hutton Pasco G5, LLC 2020-CC-000925 | 26712 Sierra Center Blvd., Lutz, FL 33559 | OCCUPIED |
| SOS | Indian River Plaza, LLC 2021-CC-000214 | 1523-1555 S. US Hghwy 1, Vero Beach, FL 32960 | OCCUPIED |
| SOS | Indian River Plaza, LLC 2020-CC-00824 | 1523-1555 S. US Hghwy 1, Vero Beach, FL 32960 | OCCUPIED |
| SOS | Jacksonville MZL LLC 2020-CC-001744 | 8181 Merchants Gate Dr., Jacksonville, FL 32222 | OCCUPIED |
| SOS | Mazel at 195th Street, Inc. 2020-CA-000794-O | 2205 S.Orange Ave.,#103, Orlando, FL 32806 | OCCUPIED |
| SOS | Orange City Venture 2020-13637-CODL | 890 Saxon Blvd, #200, Orange City, FL 32763 | OCCUPIED |
| MOI | Doral Real Estate Holdings 2020-023028-CA-01 | 2555 NW 107th Avenue, Miami, FL 33172 | OCCUPIED |
| MOI | Holiday Diver 2018-5398-CA-01 | 328 SE US Highway1, Florida City, FL | OCCUPIED |
| MOI | Jamestown Doral Commons 2018-037903 | 7586 NW 104 Avenue G102, Doral, FL | OCCUPIED |
| MOI | Kendale Associates Limited 2020-022976-CC-26 | 13903 SW 88 Street, Miami, FL 33186 | OCCUPIED |
| MOI | Kimco Delaware, Inc. 2018-037285-CA-01 | 803 North Homestead Blvd., Homestead, FL 33033 | OCCUPIED |
| MOI | LAROC, LLC 2020-12491-CC-05 | 14500 SW 8 Street, Miami, FL 33184 | OCCUPIED |
| MOI | London Investments 2018-007279-CA-01 | 8690 SW 72nd Street, Miami, FL 33143 | OCCUPIED |
| MOI | Palm Springs Mile Associates 2020-013072-CA-01 | 1001 W 49 Street, Hialeah, FL 33012 | OCCUPIED |
| MOI | Village Shopping Center 2018-003801-CA-01 | 1400 W 49 Street, Hialeah, FL 33012 | OCCUPIED |
| | | | |
| | | | |
| | **NOT SURE IF OCCUPIED OR VACANT** | | |
| SOS | Deno Dikeou 2019-CA-013409-O | 2900 E.Colonial Drive, Orlando, FL | NOT SURE |
| SOS | Deno Dikeou 2019-CA-013355-O | 8525 S. Orange Blossom Trail, Orlando, FL 32809 | NOT SURE |

| | | | |
|---|---|---|---|
| | **VACANT LOCATIONS** | | |
| SOS | 14851 Toll Corporation v. SOS dba MOI | 14851 S. Dixie Highway, Palmetto Bay, FL 33176 | VACANT |
| SOS | 1700 Rinehart 2019-CA-838-15-K | 1700 Rinehart Road, Sanford, FL 32771 | VACANT |
| SOS/SEE DOT | 5234 14th Street, LLC 2019-CA-004187 Manatee Cty | 5234 14th Street West, Unit #1, Bradenton, FL 34207 | VACANT |
| SOS | A+K Realty, LLC 19-CA-2901 | 1521 S. Tamiami Trail, Unit #1, Ft. Myers, FL 33912 | VACANT |
| SOS | Accretion Colonial Town Center 2020-CA-8304-O | 8010 W. Colonial Drive, Orlando, FL 32818 | VACANT |
| SOS | A D Development 2019-CC-10353 | 13423 Beach Blvd., Jacksonville, FL 32246 | VACANT |
| SOS | A D Development 2020-CA-000567 | 13423 Beach Blvd., Jacksonville, FL 32246 | VACANT |
| SOS | American Federated Title Corp. 2020-CA-001607 | 3030 E. Semoran Blvd., Apopka, FL 32703 | VACANT |
| SOS | Benchmark PHB LLC 2020-CA-022206 | 705 Palm Bay Road, Suite 101, W.Melbourne, FL 32904 | VACANT |
| SOS | Best Inv.of Oviedo 2019-CA-000116 | 7915 Red Bug Lake Road, Oviedo, FL 32765 | VACANT |
| SOS | Castleton Exchange II 2020-CA-009209-O | 3337 Daniels Road, Winter Garden, FL 34787 | VACANT |
| SOS | CCN Investments, Inc. 2019-CA-052393 | 6735 N.Highway US 1, Cocoa, FL 32927 | VACANT |
| SOS | CGTC, LLC 2019-CA-001289 | 5935 Cypress Gardens Blvd., Suite 600, Winter Haven, FL | VACANT |
| SOS | CH Retail Fund I 19-CA-94-O | 2438 S. Kirkman Road, Orlando, FL 32811 | VACANT |
| SOS | CH Retail Fund I 2019 CA 000031 | 220 S. Magnolia Drive, Suite 102, Tallahassee, FL 32301 | VACANT |
| SOS | Clermont East Partners 2019-CA-1316 | 17300 State Road 50, Clermont, FL 34711 | VACANT |
| SOS | Commack RMR, LLC 19-CA-003422 | 13920 Old St.Augustine Road, Suite 102, Jacksonville, FL | VACANT |
| SOS | CP Pembroke Pines, LLC CACE19-21204 | 10800 Pines Blvd, Pembroke Pines, FL 33026 | VACANT |
| SOS | CTO19 Strand Jax LLC 2020-000444 | Bldg S5 No.3, 4800 Town Center Pkwy, Jacksonville, FL | VACANT |
| SOS | DC Crossings, LLC 2019-CC-001813 | 42681 US Highway 27, Davenport, FL 33837 | VACANT |
| SOS | Deno Dikeou 2019-CA-052764 Brevard County | 1805-1807 W New Haven Avenue, Melbourne, FL 32904 | VACANT |
| SOS | Diamond Estates, LLC 2019-CA-011255-O | 7790 Winter Garden Vineland Rd., #100, Windermere, FL | VACANT |
| SOS SEE 5234 | DOT 2019-CA-004824 Manatee County | 5234 14th Street West, Unit #1, Bradenton, FL 34207 | VACANT |
| SOS | ECA Bulgio Vine St. Partners 2019-CC-003841 | 3105 Vine Street, Kissimmee, FL 34741 | VACANT |
| SOS | First Florida Credit Union 2020-CA-003989 | 11467 San Jose Blvd., Suite 101, Jacksonville, FL 32223 | VACANT |
| SOS | Flamingo Sunrise, Ltd. | Bay 1, 12231 West Sunrise Blvd., Plantation, FL | VACANT |
| SOS | Gates of Blanding 2019-CA-001301 | 72/74 Blanding Blvd., Orange Park, FL 32073 | VACANT |
| SOS | Gates of St.Johns CA19-1701 | 1030-1092 Ponce De Leon Blvd., #1092G, St.Augustine, FL | VACANT |
| SOS | GD/AG4 Phase 1, LLC 2019 CA 000115 | 8825 NE 134th Avenue, Lady Lake, FL 32159 | VACANT |
| SOS | Grand Oaks Vero Bch 2020-CA-000155 | 6310 SR 60, #104 &#105, Vero Beach, FL | VACANT |
| SOS | Greater Orlando Aviation 2018-CA-012512-0 | 4628 E. Colonial Drive, Orlando, FL 32803 | VACANT |
| SOS | Greenbelt, LLC 2019 CA 000575 | 4500 Tamiami Trail North, Naples, FL 34103 | VACANT |
| SOS | Griffin Farm at Midtown, LLC 2020-CA-1697 | 222 Wheelhouse Lane, Suite 1110, Lake Mary, FL 32746 | VACANT |
| SOS | Isadore Brown 20-002902-CI | 6240 4th Street, St. Petersburg, FL 33702 | VACANT |
| SOS | Island Walk Station | 1465 Sadler Road, Unit OUT2, Ferandina Bch, FL 32034 | VACANT |
| MOI | Investment Padre Pio 2020-014839-CA-01 | 12885 Biscayne Blvd. Unit#1, North Miami, FL 33181 | VACANT |
| SOS | Jacksonville Beach Inv. 2019-CA-006978 | 544 Marsh Landing Prkwy, #2, Jacksonville, FL 32250 | VACANT |
| SOS | Joeandy, LC 2020-CA-001498 | 13315 Atlantic Blvd, #2, Jacksonville, FL 32225 | VACANT |
| SOS | Kin Properties, Inc. 2020-CC-005458 | 625 S Orlando Avenue, Winter Park, FL 32789 | VACANT |
| SOS | KRG Bradenton 2018CA003325 | 4914 14th Street W, #D, Bradenton, FL 34205 | VACANT |
| SOS | KRG Orange City 2019-13039 CODL | 2621 Enterprise Road, #200, Orange City, FL 32763 | VACANT |
| SOS | Mable Barnes 2018-CC-4652 | 3607 SW Archer Road, Gainesville, FL 32608 | VACANT |
| SOS | MFBY Ocala, LLC 20-CA-92 | 2602 SW College Road, Ocala, FL 34471 | VACANT |
| SOS | Millenium Business Center LLC 2020-CA-2755 | 11744 Beach Blvd.,#103&104, Jacksonville, FL 32246 | VACANT |
| SOS | Millenium Business Center LLC 2020-CC-010946 | 11744 Beach Blvd.,#103&104, Jacksonville, FL 32246 | VACANT |
| SOS | Orion Venture IX Rialto 2020-CA-678 O | 7339 W Sand Lake Rd.,#C-1, Orlando, FL 32819 | VACANT |
| SOS | Osceola Shoppes Orlando, LLC 2020-CA-1320-CI | 1330 W Osceola Parkway, Kissimmee, FL 34741 | VACANT |
| SOS | Oxford Commons, LLC 2019-CA-002887 | 5442 Thomasville Rd., Tallahassee, FL 32312 | VACANT |
| SOS | Paige Field Commons 20-CA-007281 Lee County | 5037 S. Clevland Ave #103, Ft Myers, FL 33907 | VACANT |
| SOS | Palm Coast Landing Owner, LLC 2020-CA-000346 | 5234 Highway 100, #105, Palm Coast, FL 32164 | VACANT |
| SOS | Port Orange Town Center  LLC 2019-32259 CICI | 5521 S. Williamson Blvd., #415, Port Orange, FL 32128 | VACANT |
| SOS | PNC Bank, 2019-CA-003139 | 600 N. Congress Ave., Boynton Beach, FL 33426 | VACANT |

| | | | |
|---|---|---|---|
| SOS | Prisa II Davie SC, LLC 19-007559 | 4607 S. University Dr., Davie, FL 33328 | VACANT |
| SOS | Publix Super Markets 19001199CC | 19451 Cochran Blvd.,#2000, Port Charlotte, FL 33948 | VACANT |
| MOI | QVH Corp. 2019-021874-CC-25 | 8200 W Flagler Street, Miami, FL 33144 | VACANT |
| SOS | RAMCO Jacksonville 2020-CA-001103 | 840 Nautica Dr.,#115 C110, Jacksonville, FL 32218 | VACANT |
| SOS | Randall Benderson 2019-CA-00969-A | 1050 W. Main Street, Inverness, FL 34450 | VACANT |
| SOS | RBM Capital Invesments 2019-CA-002070 | 915 N. Highway 24/441, Lady Lake, FL 32159 | VACANT |
| SOS | RB Seminole, LLC 2018-CA-003283 | 3653 S. Orlando Dr., #20, Sanford, FL 32773 | VACANT |
| SOS | RC Shoppes, LLC 2019-CC-012414 | 1790 Congress Ave., #300, Boynton Beach, FL 33426 | VACANT |
| SOS | Reagan & McKinley, LLC 2019-CA-49872 | 2338 Citadel Way, Melbourne, FL 32940 | VACANT |
| SOS | Real Global Investments, LLC 2020-CA-004184 O | 10355 Ulmerton Rd., Largo, FL 33771 | VACANT |
| SOS | Real Sub LLC 2019-CC-004611 | 5406 Little Rd., New Port Richey, FL 34655 | VACANT |
| SOS | Regency Centers, LP 2019-CA-1151 | 3968 S 3rd Street, #16-18, Jacksonville, FL | VACANT |
| SOS | Retail Assets, Inc. 2019-CA-002564 | 9041-177 Southside Blvd., Jacksonville, FL 32256 | VACANT |
| SOS | Retail Developers, LLC 2019-011710 | 8050-1 Phillips Hghwy, Jacksonville, FL 32256 | VACANT |
| SOS | Retail Developers, LLC 2020-CC-004832 | 8050-1 Phillips Hghwy, Jacksonville, FL 32256 | VACANT |
| SOS | Retail Developers, LLC 2020-CA-004070 | 8050-1 Phillips Hghwy, Jacksonville, FL 32256 | VACANT |
| SOS | River Club Plaza 2019CC005942 | 5770 Ranch Lake Blvd., #100, Bradenton, FL 34202 | VACANT |
| SOS | Rodney Dessberg 2020-CA-003751 Sarasota County | 4234 S. Tamiami Trail, Sarasota, FL 34231 | VACANT |
| SOS | Royal Palm Beach 2019 CA 002550 | 551 N. State Rd 7, Royal Palm Beach, FL 33411 | VACANT |
| SOS | RTG Furniture Corp 2020CA000237 | 3548 NW Federal Hghwy, Jensen Beach, FL 34957 | VACANT |
| SOS | Rubycon Holdings, LLC 2020-CA-00361-CI | 3701 13th Street, St. Cloud, FL 34769 | VACANT |
| SOS | Shoppes at New Tampa LC 20-CA-000234 | 17631-A.N.Bruce B. Downs Blvd., Tampa, FL 33647 | VACANT |
| SOS | Shops at St. Johns 2019-CC-015009 | 10261 River Marsh Drive, Jacksonville, FL 32246 | VACANT |
| SOS | Silver Shield, LLC 18-CA-003573 | 127 W. Bloomingdale Ave #900, Brandon, FL 33511 | VACANT |
| SOS | Smith & Young CA19-1669 | 180 Capulet Drive, #3-5, St. Augustine, FL 32092 | VACANT |
| SOS | Smith & Young SP19-2836 | 180 Capulet Drive, #3-5, St. Augustine, FL 32092 | VACANT |
| SOS | Spring Hill US-19 2020-CA-00732 Hernando County | 1527 Commercial Way, Spring Hill, FL 34606 | VACANT |
| SOS | Southside Retail 2019-CA-006966 | 540-100 Commerce Ctr Dr, Jacksonville, FL 32225 | VACANT |
| SOS | SR Cypress Gardens 2020-CA-002552 Polk County | 5717 Cypress Gardens Blvd, Winter Haven, FL 32884 | VACANT |
| SOS | SRK Lady Lake 2020-CA-000570 | 446 N. Hghwy 27/441, Lady Lake, FL 32159 | VACANT |
| SOS | St. Augustine Land Co. CA19-1489 | 205 State Road 312 W, St. Augustine, FL 32086 | VACANT |
| SOS | Strategic Equity Investors 2019CA0423 | 463852 Florida200,#B, Yulee, FL 32097 | VACANT |
| SOS | Stuart Realty Inv. 2019-CA-000364 | 2386/2388 NW Federal Hghwy, Stuart, FL 34994 | VACANT |
| SOS | Stuart Realty Inv. 2019-1121 CC | 2386/2388 NW Federal Hghwy, Stuart, FL 34994 | VACANT |
| SOS | Stuart Realty Inv. 2019-001516 CC | 2386/2388 NW Federal Hghwy, Stuart, FL 34994 | VACANT |
| MOI/SOS | Sunshop Prop., LLC Appeal 3D19-0307 | 10755 SW 72nd Street, Miami, FL 33173 | VACANT |
| MOI/SOS | Sunshop Prop., LLC 2018-31741-CA-01 | 10755 SW 72nd Street, Miami, FL 33173 | VACANT |
| SOS | The Villages Shopping Ctr 2019-CA-2315 | 17950 US Hghwy 441, Summerfield, FL 34494 | VACANT |
| SOS | TKG Deland Perm, LLC 2020-10262-CIDL | 2339 S.Woodland Blvd, Deland, FL 32720 | VACANT |
| SOS | Trio Investment Group 2019-CA-002855 | 7505 Red Bud Lake Rd., #1025/1029/1033 Oveido, FL | VACANT |
| SOS | Triple Net Equities, Inc. 2018-CC-017155 | 4261-1 Roosevelt Blvd., Jacksonville, FL 32205 | VACANT |
| MOI | Triple S Associates CACE18-014108 | 17061 Pines Blvd., Pembroke Pines, FL 33027 | VACANT |
| SOS | Turtle Indust. Dev 2018-CA-447 | 2670 W.US Hghwy 90, #110, Lake City, FL 32055 | VACANT |
| SOS | Tuscola Commons, LLC 2020-CA-000721-NC | 5680 Tuscola Blvd., North Port, FL 34287 | VACANT |
| SOS | Wells Fargo, N.A. 2020-CA-012916 | 155 E Merritt Island Causeway, Merritt Island, FL 32952 | VACANT |
| SOS | Westover Eagle Harbor 2019-CA-001175 | 1489 County Road 220, #100, Fleming Island, FL 32003 | VACANT |
| SOS | West Granada Center 2019-31912 CICI | 1425 W Granada Blvd.#12, Ormond Beach, FL 32174 | VACANT |
| SOS | VGP Leesburg 1, LTD 2020-CC-2414 | 10520 HS Hwy 441, Leesburg, FL 34788 | VACANT |
| SOS | VMR Development 2020-CC-000841 | 3194 Redeemer Way, New Port Richey, FL 34655 | VACANT |
| MOI/SOS | VRS Coral Landings II CACE19-000086 | 6290 W Sample Road, #104, Coral Springs, FL 33067 | VACANT |