FORM 1

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 21-15459 | | Trustee Name: | Ross R. Hartog |
| Case Name: | SOS FURNITURE COMPANY, INC. | | Date Filed (f) or Converted (c): | 06/02/2021 (f) |
| For the Period Ending: | 03/31/2022 | | §341(a) Meeting Date: | 07/08/2021 |
| | | | Claims Bar Date: | 08/11/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Ref. #**

| | | | | | |
|---|---|---|---|---|---|
| 1 | City National Bank C#7439 | $173,178.43 | $173,147.77 | | $173,147.77 | FA |
| 2 | City National Bank MM#9599 | $1,672,279.45 | $1,672,403.08 | | $1,672,403.08 | FA |
| 3 | Stearns Weaver Miller Trust Acct | $72,973.85 | $72,973.85 | | $72,973.85 | FA |
| 4 | Causes of Action against Third Parties | Unknown | Unknown | | $0.00 | Unknown |

**Asset Notes:** The receiver believes that the debtor's bankruptcy estate possesses substantial claims against third parties, including claims against the debtor's insiders and former professionals, pursuant to chapter 5 of the Bankruptcy Code and applicable state law. These claims are generally referenced in the receiver's reports to the state court presiding over the receivership estate

| | | | | | |
|---|---|---|---|---|---|
| 5 | Unclaimed Funds (u) | $0.00 | $8,467.25 | | $3,672.88 | $4,794.37 |
| 6 | Complaint against Maged Salem, Madhat Salem, Majdi Salem, Mohanad Salem, Marwan Salem, 192 Amigos Market LLC, Pacific MS Management LLC a/k/a Pacific Management LLC, Rockstar Franchise Holdings, LLC a/k/a Rockstar Franchise Holding, LLC (u) | $0.00 | Unknown | | $0.00 | Unknown |

**Asset Notes:** Case No.: 21-1384-LMI.  Judicial Settlement Conference conducted in April 2022 - No settlement reached.

| | | | | | |
|---|---|---|---|---|---|
| 7 | Transfer to Dikeou Realty, LLC (u) | $0.00 | $100,000.00 | | $0.00 | $100,000.00 |
| 8 | Transfer to CINO International (u) | $0.00 | $12,248.08 | | $0.00 | $12,248.08 |
| 9 | Transfer to TD Auto Finance (u) | $0.00 | $12,248.08 | | $0.00 | $12,248.08 |
| 10 | Transfer to Bank of America, NA (u) | $0.00 | $2,109,417.39 | | $0.00 | $2,109,417.39 |
| 11 | Transfer to Maliakal Pius and Geeta Pius (u) | $0.00 | $275,702.15 | | $0.00 | $275,702.15 |
| 12 | Transfer to BMO Harris Bank (u) | $0.00 | $216,340.73 | | $0.00 | $216,340.73 |
| 13 | Transfer to JPMorgan Chase Bank, N.A. (u) | $0.00 | $493,030.23 | | $0.00 | $493,030.23 |
| 14 | Transfer to KeyBank National Association (u) | $0.00 | $118,946.16 | | $0.00 | $118,946.16 |
| 15 | Transfer to American Express Company (u) | $0.00 | $735,578.25 | | $0.00 | $735,578.25 |
| 16 | Transfer to Citibank National Association (u) | $0.00 | $236,031.81 | | $0.00 | $236,031.81 |
| 17 | Transfer to Regions Bank (u) | $0.00 | $196,516.85 | | $0.00 | $196,516.85 |
| 18 | Transfer to Centerstate Bank, N.A. (u) | $0.00 | $128,714.18 | | $0.00 | $128,714.18 |
| 19 | Transfer to Mercedes-Benz Financial Services USA LLC (u) | $0.00 | $46,138.54 | | $0.00 | $46,138.54 |
| 20 | Transfer to General Motors Financial Company, Inc. (u) | $0.00 | $40,614.10 | | $0.00 | $40,614.10 |
| 21 | Transfer to Windermere Preparatory School (u) | $0.00 | $84,904.75 | | $0.00 | $84,904.75 |
| 22 | Transfer to United Airlines, Inc. (u) | $0.00 | $22,150.03 | | $0.00 | $22,150.03 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | |
|---|---|---|
| **Case No.:** | 21-15459 | |
| **Case Name:** | SOS FURNITURE COMPANY, INC. | |
| **For the Period Ending:** | 03/31/2022 | |

| | | |
|---|---|---|
| **Trustee Name:** | Ross R. Hartog | |
| **Date Filed (f) or Converted (c):** | 06/02/2021 (f) | |
| **§341(a) Meeting Date:** | 07/08/2021 | |
| **Claims Bar Date:** | 08/11/2021 | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 23 | Transfer to Wells Fargo Bank, N.A.                 (u) | $0.00 | $46,872.62 | | $0.00 | $46,872.62 |
| 24 | Transfer to VW Credit, Inc.                         (u) | $0.00 | $21,297.99 | | $0.00 | $21,297.99 |
| 25 | Transfer to Capital One, NA                         (u) | $0.00 | $11,627.73 | | $0.00 | $11,627.73 |
| 26 | Transfer to Gilt Groupe, LP                         (u) | $0.00 | $10,603.48 | | $0.00 | $10,603.48 |
| 27 | Transfer to TT of Vineland, Inc., dba Porsche South Orlando          (u) | $0.00 | $5,000.00 | | $0.00 | $5,000.00 |
| 28 | Transfer to Stewart Title Company                   (u) | $0.00 | $275,702.15 | | $0.00 | $275,702.15 |

**TOTALS (Excluding unknown value)**                                                                                                       **Gross Value of Remaining Assets**

| | $1,918,431.73 | $7,126,677.25 | | $1,922,197.58 | $5,204,479.67 |
|---|---|---|---|---|---|

**Major Activities affecting case closing:**

**FORM 1**
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| | | |
|---|---|---|
| **Case No.:** | 21-15459 | **Trustee Name:**     Ross R. Hartog |
| **Case Name:** | SOS FURNITURE COMPANY, INC. | **Date Filed (f) or Converted (c):**     06/02/2021 (f) |
| **For the Period Ending:** | 03/31/2022 | **§341(a) Meeting Date:**     07/08/2021 |
| | | **Claims Bar Date:**     08/11/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description**<br>**(Scheduled and**<br>**Unscheduled (u) Property)** | **Petition/**<br>**Unscheduled**<br>**Value** | **Estimated Net Value**<br>**(Value Determined by**<br>**Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **Property**<br>**Abandoned**<br>**OA =§ 554(a) abandon.** | **Sales/Funds**<br>**Received by**<br>**the Estate** | **Asset Fully Administered (FA)/**<br>**Gross Value of Remaining Assets** |

04/12/2022    Status: Trustee has hired counsel (A. Rosenberg); Accountant (S. Kapila); Co-Special Litigation Counsel (D. Cimo and R. Rodriguez IV).

SOS Furniture Company, Inc. and Mattress One, Inc. will be jointly administered cases, with SOS being the lead case.  Order approving joint administration were entered on 6/30/21 as follows:

SOS Furniture [ECF 32]
Mattress One [ECF 30]

Conducted interview of Debtor's pre-petition counsel (L. Navarro).

Trustee's counsel issued over 20 subpoenas to collect information concerning the Debtor's finances, potential undisclosed assets and possible estate claims.

Trustee's counsel conducted a R2004 of Maged Salem.

On November 19, 2021, Trustee's counsel filed a Complaint against Maged Salem, Madhat Salem, Majdi Salem, Mohanad Salem, Marwan Salem, 192 Amigos Market LLC, Pacific MS Management LLC a/k/a Pacific Management LLC, Rockstar Franchise Holdings, LLC a/k/a Rockstar Franchise Holding, LLC, bearing case no.: 21-1384-LMI.

Trustee and Trustee's counsel worked to resolve and/or stay multiple state court cases pending throughout Florida.  Trustee and his counsel removed certain causes of action to the bankruptcy court.

Trustee and Trustee's counsel routinely field creditor and landlord inquiries.

A judicial settlement conference before Judge Hyman took place on May 2, 2022. to resolve claims against a creditor and Adversary 21-1384-LMI. No settlement reached.

CBD: 8/11/2021
Govt. CBD: 11/29/21

Tax Returns: Not Applicable at this time

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):**     12/31/2024 | **Current Projected Date Of Final Report (TFR):**     12/31/2024 | /s/ ROSS R. HARTOG |
| | | ROSS R. HARTOG |

# FORM 2

### CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1

| | |
|---|---|
| **Case No.** | 21-15459 |
| **Case Name:** | SOS FURNITURE COMPANY, INC. |
| **Primary Taxpayer ID #:** | **-***9844 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 04/01/2021 |
| **For Period Ending:** | 03/31/2022 |

| | |
|---|---|
| **Trustee Name:** | Ross R. Hartog |
| **Bank Name:** | Veritex Community Bank |
| **Checking Acct #:** | ******5901 |
| **Account Title:** | Estate Checking |
| **Blanket bond (per case limit):** | $53,950,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| 07/30/2021 | | Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A. | Turnover of Funds from Receiver per Order Dated 7/20/21 [ECF No. 40]. | * | $1,918,524.70 | | $1,918,524.70 |
| | {1} | | City National Bank C#7439 $173,147.77 | 1129-000 | | | $1,918,524.70 |
| | {2} | | City National Bank MM#9599 $1,672,403.08 | 1129-000 | | | $1,918,524.70 |
| | {3} | | Stearns Weaver Miller Trust Acct $72,973.85 | 1129-000 | | | $1,918,524.70 |
| 07/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $299.60 | $1,918,225.10 |
| 08/03/2021 | 5001 | KapilaMukamal LLP | Payment of Receiver's Accountant's Fees and Expenses, per Order dated 7/20/21 [ECF 40] | * | | $26,531.25 | $1,891,693.85 |
| | | | KapilaMukamal LLP ($26,496.00) | 3991-000 | | | $1,891,693.85 |
| | | | KapilaMukamal LLP ($35.25) | 3992-000 | | | $1,891,693.85 |
| 08/03/2021 | 5002 | Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A. | Payment of Receiver's Attorney's Fees and Expenses, per Order dated 7/20/21 [ECF 40] | * | | $175,260.64 | $1,716,433.21 |
| | | | Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A. ($171,904.50) | 3991-000 | | | $1,716,433.21 |
| | | | Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A. ($3,356.14) | 3992-000 | | | $1,716,433.21 |
| 08/04/2021 | 5003 | ColFin 2017-2 Industrial Owner, LLC | Landlord Expense (Rent), per Order dated 7/20/21 [ECF 40] | 3992-000 | | $10,946.08 | $1,705,487.13 |
| 08/31/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $2,771.81 | $1,702,715.32 |
| 09/01/2021 | (5) | State of Florida - Department of Financial Services | Turnover of unclaimed funds. | 1229-000 | $3,364.22 | | $1,706,079.54 |
| 09/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $2,664.28 | $1,703,415.26 |
| 10/08/2021 | 5004 | Ouellette & Mauldin, Court Reporters | Court Reporter's Attendance and transcription of Maged Salem's 2004 Examination, per Order dated 10/8/21 [ECF 90] | 2990-000 | | $1,350.00 | $1,702,065.26 |
| 10/29/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $2,748.37 | $1,699,316.89 |
| 11/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $2,653.72 | $1,696,663.17 |
| 12/16/2021 | (5) | FLDSU | Return of payment from FLDSU. | 1229-000 | $308.66 | | $1,696,971.83 |

**SUBTOTALS** $1,922,197.58    $225,225.75

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 2

| Case No. | 21-15459 | | Trustee Name: | Ross R. Hartog |
|---|---|---|---|---|
| Case Name: | SOS FURNITURE COMPANY, INC. | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***9844 | | Checking Acct #: | ******5901 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Estate Checking |
| For Period Beginning: | 04/01/2021 | | Blanket bond (per case limit): | $53,950,000.00 |
| For Period Ending: | 03/31/2022 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/31/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $2,738.16 | $1,694,233.67 |
| 01/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $2,733.98 | $1,691,499.69 |
| 02/28/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $2,465.41 | $1,689,034.28 |
| 03/08/2022 | 5005 | Bank of America | Expense to respond to Subpoena, per Order dated 3/8/22 [ECF 127] | 2990-000 | | $796.60 | $1,688,237.68 |
| 03/08/2022 | 5006 | Fifth Third Bank | Expense to respond to Subpoena, per Order dated 3/8/22 [ECF 127] | 2990-000 | | $49.56 | $1,688,188.12 |
| 03/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $2,725.25 | $1,685,462.87 |

|  |  | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|
| TOTALS: | | $1,922,197.58 | $236,734.71 | $1,685,462.87 |
| | Less: Bank transfers/CDs | $0.00 | $0.00 | |
| Subtotal | | $1,922,197.58 | $236,734.71 | |
| | Less: Payments to debtors | $0.00 | $0.00 | |
| Net | | $1,922,197.58 | $236,734.71 | |

**For the period of  04/01/2021 to 03/31/2022**

| | |
|---|---|
| Total Compensable Receipts: | $1,922,197.58 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,922,197.58 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $236,734.71 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $236,734.71 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**For the entire history of the account between 06/08/2021  to 3/31/2022**

| | |
|---|---|
| Total Compensable Receipts: | $1,922,197.58 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,922,197.58 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $236,734.71 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $236,734.71 |
| Total Internal/Transfer  Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 3

| | |
|---|---|
| **Case No.** | 21-15459 |
| **Case Name:** | SOS FURNITURE COMPANY, INC. |
| **Primary Taxpayer ID #:** | **-***9844 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 04/01/2021 |
| **For Period Ending:** | 03/31/2022 |

| | |
|---|---|
| **Trustee Name:** | Ross R. Hartog |
| **Bank Name:** | Veritex Community Bank |
| **Checking Acct #:** | ******5901 |
| **Account Title:** | Estate Checking |
| **Blanket bond (per case limit):** | $53,950,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $1,922,197.58 | $236,734.71 | $1,685,462.87 |

**For the period of 04/01/2021 to 03/31/2022**

| | |
|---|---|
| Total Compensable Receipts: | $1,922,197.58 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,922,197.58 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $236,734.71 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $236,734.71 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 06/08/2021 to 3/31/2022**

| | |
|---|---|
| Total Compensable Receipts: | $1,922,197.58 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,922,197.58 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $236,734.71 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $236,734.71 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ ROSS R. HARTOG

ROSS R. HARTOG